ACCEPTED
14-14-00241-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/11/2015 12:53:01 PM
CHRISTOPHER PRINE
CLERK

**Nos.  14-14-00241-CR**
**14-14-00242-CR**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/11/2015 12:53:01 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| GRISELDA AZA | X | IN THE 14TH COURT OF APPEALS |
| | X | |
| | X | |
| VS. | X | |
| | X | |
| | X | |
| THE STATE OF TEXAS | X | OF THE STATE OF TEXAS |

## MOTION  FOR  EXTENSION  OF  TIME
## TO  FILE  APPELLANT'S  BRIEF
## (BRIEF HAS NOW BEEN FILED)

COMES NOW, GRISELDA AZA, Appellant, and moves for an extension of time to file the Appellant's brief, until and including March 11, 2015, and would further show as follows:

A. The deadline for filing the brief in this cause was February 25, 2015.

B. A request is hereby made for an extension of time to file the Appellant's Brief, until and including March 11, 2015.

C. The undersigned attorney, Bob Wicoff, had filed a Motion to Abate in these causes, and was waiting to file the brief only if necessary, *i.e.*, only if this Court did not abate the appeals.

On March 10, 2015, this Court denied the motion to abate. Therefore, the Appellant is filing the brief today, March 11, 2015.

D. Two previous extensions have been granted since reinstatement of this appeal. Obviously, no further extensions will be required, since the brief has now

been filed with this Court.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

/s/ Bob Wicoff
**BOB WICOFF**
1201 Franklin, Thirteenth Floor
Houston Texas 77002
(713) 274-6781
TBA No. 21422700
Bob.wicoff@pdo.hctx.net

## CERTIFICATE OF SERVICE

A true copy of this motion has been served electronically on the Harris County

District Attorney's Office Appellate Division on March 11, 2015.

/s/ Bob Wicoff
**BOB WICOFF**